FILED

04/25/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0014

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0014

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

JACK WARREN MAXVILL, JR.,

      Defendant and Appellant.

**ORDER**

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including May 31, 2022, within which to prepare, serve, and file the State's response brief.

TKP

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 25 2022